PROB 12C
(Ver. 6/2023)

# UNITED STATES DISTRICT COURT

**for**

## EASTERN DISTRICT OF KENTUCKY

## Petition for Warrant or Summons for Person Under Supervision

Name of Offender: Christina L. Tidwell Case Number: 7:20-CR-006-REW-02

Register/USM Number: 23155-032

Name of Sentencing Judicial Officer: Honorable Robert E. Wier, U.S. District Judge

Date of Original Sentence: September 3, 2021

Original Offense: 21:846: Conspiracy to Distribute 50 Grams or More of a Mixture or Substance Containing Methamphetamine (Lesser Included Offense)

Original Sentence: 78 months imprisonment; 5 years of supervised release to follow
Sentence amended 12/22/2025: Time Served; 5 years of supervised release

Type of Supervision: Supervised Release Date Supervision Commenced: December 22, 2025

---

**PETITIONING THE COURT**

☐ To issue a warrant

☒ To issue a summons

The probation officer believes that the person under supervision has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1 | Use of a controlled substance |
| 2 | Commission of a crime/Possession of controlled substance |

RE: Tidwell, Christina L.
Dkt. # 7:20-CR-006-REW-02
PROB 12C

U.S. Probation Officer Recommendation:

☒ The term of supervision should be:

☒ revoked.

☐ extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 23, 2026

Robin S. McFarland

Robin S. McFarland
Senior U.S. Probation Officer

---

THE COURT ORDERS:

☐ No action.

☐ The issuance of a warrant (Matter Sealed Pending Arrest).

☑ The issuance of a summons. for the Defendant's appearance on 8/13/2026 at 10:30 am in Ashland.

☐ Refer to presiding Magistrate Judge for hearing and preparation of a Report and Recommendation.

☐ Forward a copy of violation report to U.S. Attorney's Office.

☐ Other

**Signed By:**
***Edward B. Atkins*** EBA
**United States Magistrate Judge**

Signature of Judicial Officer

July 23, 2026

Date